UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| TD BANK, N.A., *f/k/a* First Massachusetts Bank, N.A., ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | Civil No. 1:11-cv-255-DBH |
| TWILA A. WOLF, *a/k/a* Twila A. Butler, ) ) ) | |
| Defendant ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On September 13, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on Motion to Remand. Objections were filed by the defendant and the intervenor defendant on September 28, 2011, and a response to the objections was filed by the plaintiff and Maine State Housing Authority on October 14, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion to remand is **GRANTED** and the matter is returned to the state court for action on the pending motions.

**SO ORDERED.**

**DATED THIS 18TH DAY OF OCTOBER, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**